# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

MILO ENTERPRISES, INC.

                                       Plaintiff,

v.                                                                       Case No.: 1:18−cv−06315

                                                                             Honorable John Z. Lee

Bird−X, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 16, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert to conduct a settlement conference. Status hearing scheduled for 12/12/18 at 9:30 a.m. The Court has reviewed the parties' Joint Status Report [48] and understands that settlement may not be a realistic possibility at this early juncture in the case but it nevertheless holds an initial status hearing in all referrals relatively soon after the referral is made. Prior to the status hearing, the parties shall familiarize themselves with the subjects referenced in Magistrate Judge Gilbert's Standing Order for Settlement Conference posted on the Court's website at www.ilnd.uscourts.gov/Judges as applicable to referral cases. Out of town counsel may appear by telephone at the status hearing with advance notice to the Court's courtroom deputy. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.