# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Milo Enterprises, Inc.
                              Plaintiff,

v.                                                         Case No.: 1:18−cv−06315
                                                                 Honorable John Z. Lee

Bird−X, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 3, 2019:

      MINUTE entry before the Honorable John Z. Lee: Given the joint report and discovery plan [85], the Court extends the fact discovery deadline to 11/26/2019. Status hearing set for 9/4/2019 before this Court is stricken and reset to 10/30/2019 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.