# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Milo Enterprises, Inc.

                         Plaintiff,

v.                                          Case No.: 1:18−cv−06315

                                          Honorable John Z. Lee

Bird−X, Inc., et al.

                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2019:

       MINUTE entry before the Honorable John Z. Lee:Status hearing held on 10/30/19. Oral motion for an extension of discovery is granted. Fact discovery is extended until 1/24/20; this is the final extension. The parties should file a joint status report including a proposed expert discovery schedule by 2/7/20. Status hearing set for 2/13/20 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.